# UNITED STATES DISTRICT COURT
## for the
### Southern District of Illinois

Benjamin Godwin Swanson )
_____ )  Case Number: __22-2302-JPG__
_____ )
_____ )  *(Clerk's Office will provide)*
_____ )
*Plaintiff(s)/Petitioner(s)* )
v. )  ☐ CIVIL RIGHTS COMPLAINT
) pursuant to 42 U.S.C. §1983 (State Prisoner)
United States )  ☐ CIVIL RIGHTS COMPLAINT
_____ ) pursuant to 28 U.S.C. §1331 (Federal Prisoner)
_____ )  ☒ CIVIL COMPLAINT
_____ ) pursuant to the Federal Tort Claims Act, 28 U.S.C.
*Defendant(s)/Respondent(s)* ) §§1346, 2671-2680, or other law

## I. JURISDICTION

**Plaintiff:**

A. Plaintiff's mailing address, register number, and present place of confinement.

> Benjamin Godwin Swanson 34056-058
> United States Penitentiary Marion
> P. O. Box 1000
> Marion IL, 62959

**Defendant #1:**

B. Defendant __United States of America__ is employed as
       (a)     (Name of First Defendant)

__Federal Bureau of Prisons__
       (b)     (Position/Title)

with __U.S Department of Justice__
       (c)     (Employer's Name and Address)

United States Penitentiary Marion P.O. Box 1000 Marion IL, 62959

At the time the claim(s) alleged this complaint arose, was Defendant #1 employed by the state, local, or federal government?  ☒ Yes  ☐ No

If your answer is YES, briefly explain:
As Mandated by 28 USC §2679(d)(2) it's required to name the Defenant as the "United States".

Rev. 7/20/18                                      1

**Defendant #2:**

C. Defendant __Jon Novotney__ is employed as

(Name of Second Defendant)

__Psychologist__

(Position/Title)

with __USP Marion P.O. Box 1000 Marion IL, 62959__

(Employer's Name and Address)

At the time the claim(s) alleged in this complaint arose, was Defendant #2 employed by the state, local, or federal government?   ☒ Yes   ☐ No

If you answer is YES, briefly explain:

The 2nd Defendant was employed by the BOP as a Psychologist for the Psychology Department. The BOP recognizes this position as Federal Employee.

**Additional Defendant(s) (if any):**

D. Using the outline set forth above, identify any additional Defendant(s).
- Lindsay Owings employed as Psychologist with USP Marion recognized as a Federal Employee.
- Jen Weber employed as Psychologist with USP Marion recognized as a Federal Employee.
- Sarah Detrick employed as Psychologist with USP Marion recognized as a Federal Employee.
- J. Munneke employed as Psychologist with USP Marion recognized as a Federal Employee.
- Ms. Emery(Ofc) employed as Officer w/ USP Marion recognized as a Federal Employee.
- Dan Huggins employed as Lieutenant w/ USP Marion recognized as a Federal Employee

All Defendants Mentioned above are located at the Same address:
United States Penitentiary Marion
P.O. Box 1000
Marion IL, 62959

## II. PREVIOUS LAWSUITS

A. Have you begun any other lawsuits in state or federal court while you were in prison or jail (during either your current or a previous time in prison or jail), e.g., civil actions brought under 42 U.S.C. § 1983 (state prisoner), 28 U.S.C. § 1331 (federal prisoner), 28 U.S.C. §§ 1346, 2671-2680, or other law?   ☒Yes ☐No

B. If your answer to "A" is YES, describe each lawsuit in the space below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline. You must list ALL lawsuits in any jurisdiction, including those that resulted in the assessment of a "strike" under 28 U.S.C. § 1915(g) and/or those that were dismissed for being frivolous, malicious, or for failure to state a claim (see 28 U.S.C. § 1915A; 28 U.S.C. § 1915(e)(2); Federal Rule of Civil Procedure 12(b)(6)). FAILURE TO FULLY DISCLOSE YOUR LITIGATION HISTORY, INCLUDING "STRIKES," MAY RESULT IN SANCTIONS THAT INCLUDE DISMISSAL OF THIS ACTION.

1. Parties to previous lawsuits:
   Plaintiff(s): Benjamin Godwin Swanson   Pro Se

   Defendant(s): Gaston County Sheriff Office, et al.
   (Cpt.Becton,Ofc.Nolan,Maj.Cauthran)

2. Court (if federal court, name of the district; if state court, name of the county): USDC / WDNC Charlotte Division

3. Docket number:
   3:18-CV-00086

4. Name of Judge to whom case was assigned:
   Hon. Whitney   then reassigned to   Hon. Reidinger

5. Type of case (for example: Was it a habeas corpus or civil rights action?): Civil Rights Violation

6. Disposition of case (for example: Was the case dismissed? Was it appealed? Is it still pending?):

   This case was settled.

7. Approximate date of filing lawsuit: 2/22/18

Rev. 7/20/18                                3

8. Approximate date of disposition:

The Month of November 2020.

9. Was the case dismissed as being frivolous, malicious, or for failure to state a claim upon which relief may be granted and/or did the court tell you that you received a "strike?"

No, The case was settled.

### III. GRIEVANCE PROCEDURE

A. Is there a prisoner grievance procedure in the institution? ☒ Yes ☐ No

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? ☒ Yes ☐ No

C. If your answer is YES,
  1. What steps did you take?

Properly followed remedy procedures formally from a local level to Washington DC. This process takes over 180 days. Appeals were all denied BEFORE attempting to file Tort Claim.
28 USC § 2675(a) states Administrative Exhaustion is satisfied under the FTCA
  2. What was the result?

According to the FTCA, Six (6) months has elapsed & the agency has failed to respond.

D. If your answer is NO, explain why not.

N/A

E. If there is no prisoner grievance procedure in the institution, did you complain to prison authorities? ☒ Yes ☐ No

F. If your answer is YES,
  1. What steps did you take?
I have brought this up with Psychology Staff and filed remedy requests.

  2. What was the result?

Altered records confirmed damage occurred.

Rev. 7/20/18                                    4

G.  If your answer is NO, explain why not.

   N/A

H.  Attach copies of your request for an administrative remedy and any response you received. If you cannot do so, explain why not:

General Requests were made to inquire about the facts leading up to the Grievances. Those requests are not required to be submitted. However; the FTCA stipulates that a plaintiff <u>must</u> first file to the federal agency as the Administrative Exhaustion Requirement.

IV.  **STATEMENT OF CLAIM**

> A.  State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you wish to present legal arguments or citations, file a separate memorandum of law. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. If your claims relate to prison disciplinary proceedings, attach copies of the disciplinary charges and any disciplinary hearing summary as exhibits. You should also attach any relevant, supporting documentation.

These are the contributing injuries caused by the damage of property.

1) Damage to PDS-BEMR records, thus jeopardizing continuity of care;

2) Damage to HIPPA rights, resulting in a lack of protection to electronic records;

3) Negligent Infliction of Emotional Distress stemming from the Verbal Abuse, Physical Abuse, Decrease in Unit Team Performance, Decrease in Institutional Adjustment, Decrease in Financial status, Destruction of Property;

4) Professional Negligence & Malpractice by not exercising reasonable care, thus breaching a duty of care set forth by the US Dept. of Justice, and the American Correctional Association;

5) Failure to maintain records with accuracy, relevance, timeliness, and completeness as is reasonable necessary to assure fairness for the individual as per the Privacy Act;

6) Injury by Staff Misconduct through :
   * Careless Workmanship;
   * Falsification of any Records;
   * Damage to Government Property & property of others;
   * Criminal & Disgraceful Conduct;
   * Unauthorized dissemination of official information.

V.  **REQUEST FOR RELIEF**

State exactly what you want this court to do for you. If you are a state or federal prisoner and seek relief which affects the fact or duration of your imprisonment (for example: illegal detention, restoration of good time, expungement of records, or parole), you must file your claim on a habeas corpus form, pursuant to 28 U.S.C. §§ 2241, 2254, or 2255. Copies of these forms are available from the clerk's office.

```
Plaintiff moves this court to GRANT a Judgement of Default in this action, and show that
the Tort Claim was Filed on 2-28-22; no answer or other defense has been filed by the
Defendant that was due 8-27-22 for Tort Claim# TRT-NCR-2022-03325  for $2,500.00
to be deposited into the National Lockbox of Federal Inmate Benjamin Godwin Swanson
#34056-058.  A Summary Judgement is also being requested.  The Lockbox address is:
     Federal Bureau of Prisons
P.O. Box 474701
Des Moines, Iowa 50947-0001
```

VI.  **JURY DEMAND** (*check one box below*)

The plaintiff ☐ does ☒ does not request a trial by jury.

### DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Signed on: __10-2-22__  (date)

_____ Pro Se
Signature of Plaintiff

Street Address: USP Marion P.O. Box 1000

City, State, Zip: Marion IL, 62959

Printed Name: Benjamin Godwin Swanson

Prisoner Register Number: # 34056-058

Signature of Attorney (if any): N/A

# AFFIDAVIT — DECLARATION

TO ALL PERSONS, be it known, that I, <u>Benjamin G. Swanson</u> of <u>USP Marion P.O. Box 1000 Marion IL 62959</u>, being competent to testify, having first-hand knowledge of the facts stated below, and being EITHER first duly sworn OR advised that this declaration is given pursuant to United States Code Title 28 §1746 and subject to the penalties of perjury, do state and depose as follows:

I have informed the Trust Fund department here @ USP Marion AND the Supervisor has refused to provide a Certified Copy of my account statement required to proceed with the Application of IFP. Please provide all proper forms.

I am also able to prove the claims in this case and never file a frivolous claim.

Thank you

*[signature]*

Affidavit of <u>Benjamin Swanson</u> Pg. <u>1</u> of <u>1</u> Date: <u>10-2-22</u> Signature: *[signature]*

Benjamin G. Swanson
34056-058
United States Penitentiary Marion
P.O. Box 1000
Marion IL, 62959

LEGAL MAIL
Special Mail

United States Courthouse
301 West Main Street
Benton IL, 62812

SAINT LOUIS MO 630
3 OCT 2022 PM 2 L

MAIL CLEARED
US MARSHALS

62812-136201

**RECEIVED**

OCT 05 2022

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

Warden
United States Penitentiary
Marion, IL 62959
Date OCT 0 3 2022

The enclosed letter was processed through
special mailing procedures for forwarding to you.
The letter has neither been opened nor inspected.
If the writer raises a question or problem over
which this facility has jurisdiction,
you may wish to return the material for
further information on clarification.
If the writer encloses correspondence for
forwarding to another addressee, please return
to enclosure to the above address.